**LAW OFFICE OF ANDREW H. DOUGHERTY**
Andrew Howard Dougherty (SBN 314459)
andrew@ahdlaw.net
P.O. Box 402153
Redding, CA 96049
Telephone: (415) 290-1407

*Attorney for Plaintiff*
*PATRICIA DOUGHERTY*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
George Laiolo (SBN 329850)
george.laiolo@troutman.com
Ethan Ostroff (*pro hac vice*)
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

*Attorneys for Defendant*
*LOANCARE, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DOUGHERTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOANCARE, LLC,<br><br>　　　　Defendant. | Case No. 2:20-CV-00636-WBS-DMC<br><br>**JOINT STATUS REPORT REGARDING PROGRESS OF SETTLEMENT AND REQUEST FOR EXTENSION TO FILE DISPOSITION DOCUMENTS; [PROPOSED] ORDER** |

The Plaintiff, Patricia Dougherty, and the Defendant, Loancare, LLC, pursuant to the Court's July 6, 2020 minute order (Docket #14) hereby submit this Joint Status Report regarding the progress of settlement and disposition documents ("Joint Status Report"). Plaintiff and Defendant are working together in good faith to finalize the terms of the parties' settlement agreement and release. Due to the ongoing COVID-19 pandemic, and the interruptions in the regular flow of business and evolving challenges related thereto, the parties request a two-week extension to file disposition documents with the Court. If granted, this extension would give the parties until August 13, 2020 to file disposition documents, or to submit another joint status report if settlement has not been finalized.

Respectfully submitted,

Dated: August 3, 2020

**LAW OFFICE OF ANDREW H. DOUGHERTY**

By: */s/ Andrew Dougherty* (with permission)
   Andrew Howard Dougherty
   andrew@ahdlaw.net
   P.O. Box 492153
   Redding, CA 96049
   (415) 290-1407

   *Attorney for Plaintiff*
   *Patricia Dougherty*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/George Laiolo*
   George Laiolo
   george.laiolo@troutman.com
   3 Embarcadero Center, Suite 800
   San Francisco, CA 94111
   Telephone: (415) 477-5700
   Fax: (415) 477-5710

   *Attorney for Defendant*
   *LoanCare, LLC*

1

2       IT IS HEREBY ORDERED that Plaintiff, Patricia Dougherty, and Defendant LoanCare,

3   LLC's Request for Extension to File Disposition Documents is GRANTED.  The parties have

4   until August 13, 2020 to file disposition documents, or to submit another joint status report if

5   settlement has not been finalized.

6       Dated:  August 3, 2020

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, George Laiolo, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of 18 and not a party to the within action; my business address is Three Embarcadero Center, Suite 800, San Francisco, CA 94111.

I hereby certify that on July 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 30, 2020, at San Francisco, CA.

*/s/ George Laiolo*
George Laiolo

- 4 -   Case No. 2:20-CV-00636-WBS-DMC
JOINT STATUS REPORT REGARDING PROGRESS OF SETTLEMENT AND REQUEST FOR EXTENSION TO FILE DISPOSITION DOCUMENTS