**TROUTMAN PEPPER HAMILTON SANDERS LLP**
George Laiolo (SBN 329850)
george.laiolo@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Ethan G. Ostroff, *pro hac vice*
ethan.ostroff@troutman.com
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Fax: (757) 687-1541

*Attorneys for Defendant*
*LOANCARE, LLC*

**LAW OFFICE OF ANDREW H. DOUGHERTY**
Andrew Howard Dougherty (SBN 314459)
andrew@ahdlaw.net
P.O. Box 402153
Redding, CA 96049
Telephone: (415) 290-1407

*Attorney for Plaintiff*
*PATRICIA DOUGHERTY*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA DOUGHERTY,<br><br>   Plaintiff,<br><br>   v.<br><br>LOANCARE, LLC,<br><br>   Defendant. | Case No. 2:20-CV-00636-WBS-DMC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR EXTENSION TO FILE DISPOSITION DOCUMENTS; ORDER** |

The Plaintiff, Patricia Dougherty, and the Defendant, Loancare, LLC, pursuant to the Court's September 9, 2020 order (Docket #18) hereby submit this Joint Status Report regarding settlement and disposition documents ("Joint Status Report").  Plaintiff and Defendant continue to work together in good faith to finalize the terms of the parties' settlement agreement and release. Due to the ongoing COVID-19 pandemic, and the interruptions in the regular flow of business and evolving challenges related thereto, the parties request another two-week extension to file disposition documents with the Court.  If granted, this extension would give the parties until October 6, 2020 to file disposition documents, or to submit another joint status report if settlement has not been finalized.

Respectfully submitted,

Dated: September 23, 2020

**LAW OFFICE OF ANDREW H. DOUGHERTY**

By: */s/ Andrew Dougherty*
    Andrew Howard Dougherty
    andrew@ahdlaw.net
    P.O. Box 492153
    Redding, CA 96049
    (415) 290-1407

    *Attorney for Plaintiff*
    Patricia Dougherty

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ George Laiolo*
    George Laiolo
    george.laiolo@troutman.com
    3 Embarcadero Center, Suite 800
    San Francisco, CA 94111
    Telephone: (415) 477-5700
    Fax: (415) 477-5710

    *Attorneys for Defendant*
    LoanCare, LLC

IT IS HEREBY ORDERED that Plaintiff, Patricia Dougherty, and Defendant LoanCare, LLC's Request for Extension to File Disposition Documents is GRANTED. The parties have until **October 13, 2020** to file disposition documents, or to submit another joint status report if settlement has not been finalized. The Scheduling Conference is continued to **October 26, 2020 at 1:30 p.m. in Courtroom 5.**

Dated: September 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE